Decided May 24, 2006

## ERIC PERRY *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 733 (AC 25885), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Roger Lee Crossland*, in support of the petition.

*Charles W. Fleischmann*, in opposition.

Decided May 24, 2006